IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                              CRIMINAL 12-0607CCC

KELVIN MARQUEZ-GARCIA
Defendant

## ORDER

Having considered the Report and Recommendation filed on December 14, 2012 (**docket entry 34**) on a Rule 11 proceeding of defendant Kelvin Márquez-García held before U.S. Magistrate Judge Silvia Carreño-Coll on December 7, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 7, 2012.  The **sentencing hearing is set for March 7, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 15, 2013.


S/CARMEN CONSUELO CEREZO
United States District Judge